AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Jeremiah William Balik,

              Plaintiff,

  v.

County of Ventura, et al.,

              Defendant.

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:22-cv-00679-CDS-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Defendant County of Ventura be awarded $12,000 in attorneys' fees.

06/29/2022
Date

DEBRA K. KEMPI
Clerk

/s/ L. Ortiz
Deputy Clerk